BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8931
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DANIEL L. MILLER, | CASE NO. 1:09-cv-01257-GSA |
|     Appellant, | |
| v. | STIPULATION FOR EXTENSION OF TIME FOR APPELLANT TO FILE RESPONSE TO APPELLANT'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Respondent. | |

The parties hereby stipulate by counsel, in accordance with and as authorized by the Court's Scheduling Order in the subject case, that Respondent shall have an extension of 30 days to respond to Appellant's Opening Brief.  The current due date is April 5, 2010.  The new due date will be May 5, 2010.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 5, 2010    /s/ Manuel Deeter Serpa
(As authorized via telephone on April 5, 2010)
MANUEL DEETER SERPA
Attorney for Plaintiff

Respectfully submitted,

Dated:  April 5, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Odell Grooms
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, it is ORDERED that Respondent shall have an extension of time of thirty days to file a Response to Appellant's Opening Brief.  Respondent's Responsive Brief shall be filed on or before May 5, 2010.

IT IS SO ORDERED.

Dated:   **April 7, 2010**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE