# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. MILLER, | CASE NO. 1:09-cv-1257-SKO |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to a stipulation between the parties, the Court granted Defendant an extension of time to May 5, 2010, to file a responsive brief in this matter. On May 12, 2010, Defendant having failed to file a responsive brief, the Court issued an Order requiring Defendant to either file his responsive brief on or before May 17, 2010, or show cause why sanctions should not be imposed.

On May 17, 2010, Defendant filed his responsive brief.  Accordingly, the Order to Show Cause, Docket No. 14, is hereby DISCHARGED.

IT IS SO ORDERED.

**Dated:   May 22, 2010**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE